UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Plaintiff
FRANCESCO GARGANO MD PC

vs

Defendant
HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY

DOCKET NO.  3:25-CV-17367

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Person to be served: HORIZON BLUE CROSS BLUE SHIELD
  OF NEW JERSEY
Address:
3 PENN PLAZA EAST
NEWARK NJ 07105

Cost of Service pursuant to R4:4-30

$ _____

Attorney:

GOTTLIEB & GREENSPAN
17-17 ROUTE 208 SUITE 250
FAIR LAWN NJ 07410

Papers Served:
SUMMONS & COMPLAINT CIVIL COVER SHEET
EXHIBIT

Service Data:

Served Successfully __X__    Not Served _____    Date:  __11/14/25__    Time:  __02:10PM__    Attempts: _____

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household
member over 14 years of age residing therein at place of abode.

__X__ Left a copy with a person authorized to accept
service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title

EDDIE RIVERA

MANAGING AGENT

Description of Person Accepting Service:

Age: 50    Height: 5'10    Weight: 280    Hair:  GRAY    Sex: MALE    Race: HISP

Non-Served:

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on:_____ Date _____ Time
_____ Date _____ Time
_____ Date _____ Time
( ) Other:_____  Comments or Remarks_____

Subscribed and Sworn to me this
_____ day of _____

I, NICHOLAS LAIETTA                    , was at
time of service a competent adult not having a direct
interest in the litigation. I declare under penalty
of perjury that the foregoing is true and correct.

_____
Notary Signature
MELISSA GIAMBATTISTA
Notary Public, State of New Jersey
My Commission Expires 09/17/2029

_____    _____
Signature of Process Server          Date

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.    811550

File No.   3:25-CV-17367

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**FRANCESCO GARGANO MD PC,**
*Plaintiff*

<table>
<tr><td>V.</td><td>**SUMMONS IN A CIVIL CASE**</td></tr>
</table>

**HORIZON BLUE CROSS BLUE SHIELD
OF NEW JERSEY,**
*Defendant*

CASE
NUMBER: **3:25‑CV‑17367‑ZNQ‑TJB**

TO: *(Name and address of Defendant):*

HORIZON BLUE CROSS BLUE
SHIELD OF NEW JERSEY
Three Penn Plaza East
Newark, NJ 07105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GOTTLIEB & GREENSPAN, LLC
17-17 Route 208, Suite 250
Fair Lawn, New Jersey 07410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/s **Melissa E. Rhoads**
_____
**Clerk of Court**



**ISSUED ON 2025‑11‑12 10:04:48**, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____
_____ a person of suitable age and discretion who resides there,
on (date):_____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left:
_____; or

☐ Returned unexecuted: _____
_____
_____; or

☐ Other (specify):
_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____          _____
                      Date                              *Signature of Server*

                                          _____
                                          *Address of Server*